# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

SANDRA L. MEDINA GONZALEZ
    *Debtor(s)*
**************************************

DORAL BANK
    *Movant*

      Vs.

SANDRA L. MEDINA GONZALEZ and
Jose R. Carrión as Chapter 13 Trustee
    *Respondent(s)*
******************************************

CASE NO. 06-02676 ESL

CHAPTER    13

INDEX  A

(X) of acts against property
    under 11 USC §362(d) (1)"CAUSE"

## NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC §362

To the above named respondents:

    You are hereby notified that on _____ **AUG 2 5 2011** _____ the above named movant(s) filed Motion Seeking Relief from the Automatic Stay under 11 USC §362.

    Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

    You must file an answer to the motion within **FOURTEEN** (14) days from the service of this notice, and serve such answer upon movant or his attorney, *LIGIA RIVERA BUJOSA*, **ESQ.**, whose address is **PO Box 7821, Ponce, Puerto Rico 00732-7821**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

    If a timely answer is filed, then on **SEP 2 0 2011** at *9:00 Am* at the **United States Bankruptcy Court, US Post Office and Courthouse Bldg.,300 Recinto Sur St., 2ND Floor, Courtroom 2, Old San Juan, PR**, is fixed as the time and place for the preliminary and /or final hearing on such motion.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
CLERK, UNITED STATES BANKRUPTCY COURT

By: _____
    **Deputy Clerk**

Date of Issuance: **AUG 3 0 2011**