UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>SANDRA LISSETTE MEDINA GONZALEZ<br><br><br>DEBTOR (S) | CASE NO. 06-02676-ESL<br><br>CHAPTER 13 |
| DORAL FINANCIAL CORP<br><br>MOVANT<br><br>vs.<br><br>SANDRA LISSETTE MEDINA GONZALEZ<br><br>& JOSE R. CARRION,<br>Chapter 13 Trustee<br><br>DEFENDANTS | Motion for Relief of the Stay<br>Pursuant to 11 U.S.C. §362(d) |

TRUSTEE'S POSITION


TO THE HONORABLE COURT:

José R. Carrión, Chapter 13 Trustee, co-defendant, represented by the undersigned attorney, very respectfully alleges and prays:

1. The Trustee hereby provides a report of the status of the administration of this case and how it relates to movant.

2. A Chapter 13 Plan has been confirmed in this case. The current Chapter 13 Plan is the one dated April 18, 2008, with a plan base of $30,550.00.

3. The liquidation value pursuant to 11 U.S.C. §1325(a)(4) had been determined to be $0.

4. Movant treatment under current Chapter 13 plan is as follows:

   Debtor to pay arrears under the plan and current payment directly to movant.

5.  As of September 01, 2011 the status of payments received in the case and disbursements to Movant are described as follows:

- Total Paid In:              $30,550.00
- Balance on Hand:            $0.00
- Last Payment date:          August 10, 2011
- Last Payment amount:        $600.00
- **Amount in Default:**      **$0.00**
- **Months in Default:**      **00**

**Pre-Petition arrears:**
- Movant Claim Type:          MORTGAGE ARREARS
- Movant Claim No.:           02-1
- **Movant Claim Amount:**    **$2,870.00**
- **Principal Paid:**         **$2,870.00**
- **Unpaid Balance:**         **$0.00**

**Post-Petition arrears:**
- Movant Claim Type:          POST MORTGAGE ARREARS
- Movant Claim No.:           09-1
- **Movant Claim Amount:**    **$2,040.00**
- **Principal Paid:**         **$2,040.00**
- **Unpaid Balance:**         **$0.00**

6.  If the proposed or confirmed plan provides for direct payments to movant, the Trustee cannot make an informed opinion as to her/his/their compliance with such payments.

7.  The Trustee's position is the following: If debtor's payments under the plan reflect no default amount and if debtor's direct payments to movant are up to date, the Trustee opposes Movant's request. Otherwise there is no objection to the remedy requested by movant.

**WHEREFORE,** for the reasons herein set forth, the co-defendant respectfully prays from this Honorable Court to accept the Chapter 13 trustee's position and after the pertinent proceedings resolve the controversies set forth in the contested matter.

**I HEREBY CERTIFY** that on the same date it is filed, I notified a true copy of this document to the Debtors-co-defendants to their address of record by first class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record and to Movant's through their attorney of record.

-------------------------------------------------------------------

In San Juan, Puerto Rico this, Tuesday, September 6, 2011 .


/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR  00902-3884
Tel.(787)977-3535, Fax (787)977-3550