UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: SANDRA LISSETTE MEDINA GONZALEZ
Case Number: 06-02676-ESL13   Chapter: 13
Date / Time / Room: 10/18/2011 9:00 AM osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: EVANGELINA MENDEZ
Reporter / ECR: CARLOS APONTE

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY DORAL BANK (#76)
DEBTOR'S REPLY (#81)

*Plan completed.*

## Appearances:

JOSE RAMON CARRION MORALES ✓
ROBERTO FIGUEROA CARRASQUILLO  *Michelle Vega*
LIGIA J RIVERA BUJOSA

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; ____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

☒ Parties are granted *21* days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge